ACCEPTED
06-14-00182-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
1/26/2015 4:09:02 PM
DEBBIE AUTREY
CLERK

## NO.  06-14-00182-CR

| | | |
|---|---|---|
| **ROBERT BRYAN FINCH** | § | **IN THE** |
| | § | |
| **V.** | § | **SIXTH COURT** |
| | § | |
| **STATE OF TEXAS** | § | **OF APPEALS** |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

1/26/2015 4:09:02 PM

DEBBIE AUTREY
Clerk

### MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Robert Bryan Finch, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.      This case is on appeal from the County Court at Law, Lamar County, Texas.

2.      The case below was styled the <u>State of Texas vs. Robert Bryan Finch,</u> and numbered 25677.

3.      Appellant was convicted of Theft.

4.      Appellant was assessed a sentence of 2 years in a State Jail Facility.

5.      Notice of appeal was given on October 6, 2014.

6.      The clerk's record was filed on November 7, 2014; the reporter's record was filed on December 29, 2014.

7.      The appellate brief is presently due on January 28, 2015.

8.      Appellant requests an extension of time of 21 days, i.e. until February 18, 2015.

9.      This is the first motion for an extension to file the brief submitted in this cause.

10.     Defendant is currently incarcerated.

11.     Appellant relies on the following facts as good cause for the requested extension:

Counsel requires additional time to adequately and professionally review the record and research and brief any relevant issues. The record contains six volumes and over 27 exhibits including several videos. Appellant would also show the following:

Appellant's counsel is counsel in *Asim Shakur Rahim v. State,* Case No. 06-14-00147-CR, in which Appellant's brief was filed on January 25, 2015; *Kelvin Shamar Moore v. State*, Case No. 06-14-00209-CR, in which Appellant's brief was filed on January 21, 2015, in *Christopher Neal McGonigal v. State*, Case No. 06-14-00164-CR, in which Appellant's brief was filed on December 31, 2014; and in *Michael Earrit White v. State*, in which Appellant's reply brief is due on January 28, 2015. Appellant's counsel's office was closed on January 1, 2015 and January 19, 2015 in observance of federal holidays. Appellant's counsel will be out of the office from February 2 through February 4 to attend the Texas Municipal Courts Association Regional Judges Seminar.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

McLaughlin, Hutchison & Biard, LLP
38 1st NW
Paris, TX 75460
Tel: (903)785-1606
Fax: (903)785-7580

By: _____
Don Biard
State Bar No. 24047755
Attorney for Appellant

## CERTIFICATE OF SERVICE

This is to certify that on January 26, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Lamar County, Texas, via email.

Don Biard

STATE OF TEXAS          §
                                             §

COUNTY OF LAMAR       §

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared Don Biard, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."

_____
Don Biard
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on _January 26_, 2015, to certify which witness my hand and seal of office.

ANITA SPARKS
Notary Public
State of Texas
Comm. Expires 2-09-2016

_____
Notary Public, State of Texas